**U.S. BANKRUPTCY COURT**
**District of South Carolina**

Case Number: 10-08688

ORDER DISMISSING CASE ON MOTION OF DEBTOR(S)

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby **ORDERED**.

---

**FILED BY THE COURT**
**03/22/2011**



Entered: 03/22/2011

*John E Waites*

Chief US Bankruptcy Judge
District of South Carolina

UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| Dianne Tindal Sutton | ) CASE NO: 10-08688 |
| | ) |
| | ) ORDER DISMISSING CASE |
| | ) ON MOTION OF DEBTOR(S) |
| | ) |
| Debtor(s). | ) |
| | ) |

An order for relief under 11 U.S.C. § 101 et seq. Chapter 13 having been entered, and a subsequent motion to dismiss the case as to Debtor having been filed by the Debtor,

IT IS ORDERED that:

1. The case of the Debtor be, and it hereby is, dismissed;

2. Any fees due to the Clerk of Court pursuant to 28 U.S.C. §1930 and the appendix thereto, shall be paid within ten (10) days of the entry of this order, unless otherwise ordered by the court.

C13-306 12/01/09